IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DILLON L. BRACKEN,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>AARON H. OKURA; KINCHUNG CHUNG; JOHN DOES 1-9; DOE ENTITIES 1-5,<br><br>    Defendant(s).<br><br>and<br><br>KYO-YA HOTELS AND RESORTS, L.P., a foreign Limited Partnership<br><br>    Defendant and<br>    Counterclaim Plaintiff<br><br>  vs.<br><br>DILLON L. BRACKEN,<br><br>    Counterclaim Defendant | CV 11-00784 LEK-BMK |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on November 26, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Defendant Kinchung Chung's Bill of Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, December 16, 2014.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**DILLION BRACKEN VS. AARON H. OKURA, ET AL, ETC.; CIVIL 11-00784 LEK-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**